**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KAMAL K. ROY** | ) | |
| | ) | |
| **v.** | ) | **3-08-CV-327-N** |
| | ) | |
| **ASSOCIATION COMMITTEE TO ELECT** | ) | |
| **THE REV DR. KAMAL K ROY** | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr.,  made findings, conclusions and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Signed May 5, 2008.

_____

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**KAMAL K. ROY**              )
                                      )
**v.**                               )          **3-08-CV-327-N**
                                      )
**ASSOCIATION COMMITTEE TO ELECT** )
**THE REV DR. KAMAL K ROY**     )

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

       United States Magistrate Judge William F. Sanderson, Jr.,  made findings, conclusions

and a recommendation in this case.  Plaintiff filed objections, and the District Court has made a

*de novo* review of those portions of the proposed findings and recommendation to which

objection was made.  The objections are overruled, and the Court accepts the Findings,

Conclusions and Recommendation of the United States Magistrate Judge.

       SO ORDERED this _____ day of _____, 2008.


                                      _____

                                      DAVID C. GODBEY
                                      UNITED STATES DISTRICT JUDGE